IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Prignano, Awilda | Case Number: 08 B 01371 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 03/03/09 | Filed: 1/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed - No Disch: October 16, 2008
Confirmed:    March 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,063.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,638.62 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,249.20 |
| Trustee Fee: |  | 339.79 |
| Other Funds: |  | 3,835.89 |
| Totals: | 9,063.50 | 9,063.50 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Timothy K Liou | Administrative | 2,249.20 | 2,249.20 |
| 2. Beneficial | Secured | 0.00 | 0.00 |
| 3. Wells Fargo Auto Finance | Secured | 0.00 | 0.00 |
| 4. Northwest Suburban Community | Unsecured | 2,638.62 | 2,638.62 |
| 5. Edward Fox Photography | Unsecured |  | No Claim Filed |
| 6. Sallie Mae | Unsecured |  | No Claim Filed |
| 7. International Village Apartments | Unsecured |  | No Claim Filed |
|  |  | $ 4,887.82 | $ 4,887.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 339.79 |
|  | $ 339.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

